

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

**To:** Clerk, United States District Court
Southern District of California
333 West Broadway, Room 420
San Diego, CA 92101

**Re:** Transfer of our Civil Case No. CV15-08563 PSG (AJWx)
Case Title: Kimberly Smith Galindo v. Midland Credit Management, Inc.

[✓] MDL 2286   In Re: Midland Credit Management, Inc., Telephone Consumer Protection Act (TCPA) Litigation

Dear Sir/Madam:

An order having been made [✓] transferring [ ] remanding the above-numbered case to your district, we are transmitting herewith our file:

[ ] Original case file documents are enclosed in paper format.
[✓] Electronic documents are accessible through Pacer.
[ ] Other:

Very truly yours,

Clerk, U.S. District Court

Date: 12/21/15

By Benjamin_Moss@cacd.uscourts.gov
Deputy Clerk

*cc:* All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number assigned in your district:

[✓] CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
[ ] CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
[ ] CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number:

Clerk, U.S. District Court

Date:                           By
                                Deputy Clerk

CV-22 (10/15)                 **TRANSMITTAL LETTER - CIVIL OR MDL CASE TRANSFER OUT**